**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **HILARY R. ARAUZ-VEGA** | ) | **CIVIL ACTION NO: 6:25-cv-01334** |
| | ) | |
| **VERSUS** | ) | **JUDGE JOSEPH** |
| | ) | |
| **JOSEPH B. EDLOW, *ET AL.*** | ) | **MAGISTRATE JUDGE WHITEHURST** |
| | ) | |

## ORDER OF REMAND

Having considered the parties' *Joint Motion for Remand* [Doc. 20] and pursuant to 8 U.S.C. § 1447(b) and Rule 41(a)(2) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that this action is **REMANDED** to the United States Citizenship and Immigration Services (USCIS), which is **ORDERED** to issue a final decision on the Petitioner's Form N-400, Application for Naturalization, within sixty (60) days of the issuance of this order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this action for the limited purpose of resolving any disputes between the parties in the event USCIS is unable to issue its final decision within the time specified above. Further review of USCIS's final decision, once issued, shall be governed by 8 U.S.C. §§ 1447(a), 1421(c).

**IT IS FURTHER ORDERED** that, except as specified above, this action is **DISMISSED**.

THUS, DONE AND SIGNED in chambers on this 10th day of June 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE